UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA



JANA BURCH, GARY BULLIS,
and JEROME BURKE,
Individually and on Behalf of all
Citizens of Virginia Similarly Situated,   Plaintiffs,

vs.   Case No. 3:11CV256

VIRGINIA BOARD OF ELECTIONS, CHARLES JUDD,
KIMBERLY BOWERS, and DON PALMER, in Their Official
Capacities,   Defendants.

## CONSENT ORDER

CAME THIS DAY the Plaintiffs, JANA BURCH, GARY BULLIS and JEROME BURKE, by their counsel, Charles E. Adams, Esquire, and the Defendants, VIRGINIA BOARD OF ELECTIONS, CHARLES JUDD, KIMBERLY BOWERS and DON PALMER, in Their Official Capacities, by their counsel, Stephen R. McCullough, Esquire, of the Office of the Attorney General of the Commonwealth of Virginia, and moved this Honorable Court to dismiss the case at bar with out prejudice.

IT APPEARING APPROPRIATE to do so upon consideration of the agreement of the parties, their counsel and in light of Governor Robert F. McDonnell's signing into law a revised redistricting plan approved by the General Assembly on the 29th day of April 2011, it is hereby ADJUDGED, ORDERED and DECREED that the Complaint of the Plaintiffs is hereby dismissed without prejudice.



The Clerk is hereby directed to send a copy *teste* of this Consent Order to all counsel of record.

ENTERED: 6 / 15 / 11

/s/
James R. Spencer
Chief United States District Judge

WE ASK FOR THIS:

Charles E. Adams, VSB #37181
The Law Offices of
ZWERDLING, OPPLEMAN AND ADAMS
5020 Monument Avenue
Richmond, Virginia 23230
Telephone: (804) 355-5719
Facsimile: (804) 355-1597

Stephen R. McCullough, VSB #41699
Senior Appellate Counsel
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
Telephone: (804) 786-2436
Facsimile: (804) 786-1991